UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15CR482 RLW |
| | ) | |
| DEJUAN CRUMER, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant Dejuan Crumer's Motion for Release Pending Sentence (ECF No. 76). The government opposes the motion. Upon review of the motion and response, the Court will deny Defendant's request for release pending sentence.

In his motion, Defendant claims that he previously waived his right to a detention hearing because he was not eligible for release due to detainment on a supervised release violation in federal court, 4:13CR251 AGF, and a Missouri state case, 1522-CR04144. Defendant asserts that the state case has been dismissed, and he served his federal sentence after his supervised release was revoked. Thus, Defendant requests that he be released until his sentencing date of August 10, 2016 so that he may earn money working for Elite Staffing and spend time with his family. He further contends that he is not likely to flee or pose a danger to the safety of another person or the community if released.

The government opposes Defendant's motion, noting that Defendant plead guilty to being a felon in possession of a firearm and that he was previously convicted of selling firearms and narcotics in this district. Further, the government notes the Magistrate Judge's findings in the Detention Order that there is a serious risk that Defendant will not appear and a serious risk that

the Defendant will endanger the safety of another person or the community. (Order of Detention, 10/23/15, ECF No. 9) The Detention Order further states that the testimony and information submitted at the detention hearing establishes by clear and convincing evidence that "there is no condition or combination of conditions that will reasonably assure the defendant's appearance and the safety of the community." (*Id.*)

Under 18 U.S.C. § 3143, the judge shall order that a person found guilty of an offense and who is awaiting imposition of sentence shall order that person to be detained unless the judge "finds by clear and convincing evidence that the person is not likely to flee or pose a danger to any other person or the community." 18 U.S.C. § 3143(a)(1). The government argues that no circumstances have changed since the October 23, 2015 Order of Detention to warrant release. Further, the government notes that Defendant may be sentenced to a term of imprisonment, causing a significant risk of flight. In addition, Defendant's pleas of guilty to possessing a firearm, selling firearms, and distributing cocaine base and heroin indicate that Defendant would pose a danger to the safety of the community if he were released. The Court agrees that the circumstances warranting detention have not changed, and clear and convincing evidence demonstrates that there is no condition or combination of conditions that will reasonably assure the Defendant's appearance and the safety of the community.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Dejuan Crumer's Motion for Release Pending Sentence (ECF No. 76) is **DENIED.**

Dated this 1st day of July, 2016.

*Ronnie L. White*
_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

2